■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ANGELA MURPHY, Respondent. [686 NYS2d 738] —Appeal by the People from an order of the Supreme Court, Queens County (Browne, J.), dated May 7, 1998, which granted that branch of the defendant's omnibus motion which was to suppress physical evidence.

Ordered that the order is affirmed.

The record supports the Supreme Court's determination that the police did not have probable cause to arrest the defendant for car theft. Accordingly, the defendant's motion to suppress was properly granted. O'Brien, J. P., Thompson, Krausman and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL OLIVIERY-PEREZ, Appellant. [686 NYS2d 734] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 1, 1993 (*People v Oliviery-Perez*, 198 AD2d 240), affirming two judgments of the Supreme Court, Kings County, both rendered March 5, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel. (*see, Jones v Barnes*, 463 US 745). Ritter, J. P., Thompson, Sullivan and Joy, JJ., concur.